[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-15841
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 30, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00254-CV-ORL-31DAB

VOKAL, INC., a Florida corporation,

Plaintiff-Appellant,

versus

NELLY,
f.k.a. Cornell Jr. Hayes,
VOKAL CLOTHING COMPANY, L.L.C.,
a Missouri limited liability company,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 30, 2006)

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor the appellee is affirmed for the

reasons set forth in the ORDER of the district court dated September 20, 2005.

AFFIRMED.